

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jeremy Shane Lowe, Appellant

No. 06-20-00108-CR      v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2019-C-129). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the bill of costs by deleting the phrase "[i]f total court costs, reimbursement fees, and fines are not paid within 30 days of the Judgment, an additional Time Payment Fee of $15.00 will be assessed." We modify the trial court's judgment to show that Lowe pled not guilty to the indictment. We also modify the judgment by deleting the phrase "Two Years Incarceration TDCJ state jail; Probated (3) Three Years Adjudicated Community Supervision" from the section of the judgment labeled "Terms of Plea Bargain." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jeremy Shane Lowe, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 15, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk